SCWC-13-0003145

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BARBARA POLUMBO,
Petitioner/Plaintiff/Counterclaim
Defendant/Cross-Claim Defendant/Appellant,

vs.

THEODORE GOMES and GWENDOLYN GOMES,
Respondents/Defendants/
Counterclaimants/Third-Party Plaintiffs/Appellees,

and

JEFF ANDERSON,
Respondent/Third-Party Defendant/Cross-Claimant/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-00003145; CIV. NO. 08-1-217K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff/Counterclaim Defendant/Cross-Claim

Defendant/Appellant Barbara Polumbo's application for writ of

certiorari filed on July 11, 2018, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 15, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

